# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2007

132256

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

    SC: 132256
    COA: 268261
    Hillsdale CC: 02-021840-FC

TERRENCE VERNELL WILLIAMS,
       Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 16, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

KELLY, J., would remand this case for a hearing pursuant to *People v Ginther*, 390 Mich 436 (1973).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2007

p0117

    Clerk